IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE LETTER OF REQUEST )<br>FROM ARGENTINA )<br>IN THE MATTER OF )<br>INTEGRA FINANCIAL SERVICES, L.L.C. ) | Misc. No. 06- |

## APPLICATION FOR ORDER (28 U.S.C. 1782)

The United States of America, by the undersigned, Richard Andrews, Assistant United States Attorney for the District of Delaware, petitions this Court for an Order pursuant to Title 28, United States Code, Section 1782, in the form submitted, to facilitate the taking of testimony of witnesses residing within the jurisdiction of this Court, and other actions as requested by a letter of request issued by the Argentine authorities.

                         COLM F. CONNOLLY
                         United States Attorney


                     By: /s/ Richard G. Andrews
                         Richard G. Andrews
                         Assistant U.S. Attorney
                         Delaware Bar I.D. No.2199
                         1201 Market Street
                         Wilmington, DE  19801
                         (302) 573-6277

Dated: 6/28/06